B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re _Charles Blankenship_  
Debtor(s)

Case No. _19-00873_  
Chapter _13_

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $ 50.00 |
    | Prior to the filing of this statement I have received | $ 0.00 |
    | Balance Due | $ 50.00 |

2. The source of the compensation paid to me was:
   - [ ] Debtor  [✓] Other (specify):

3. The source of compensation to be paid to me is:
   - [ ] Debtor  [✓] Other (specify): **Attorney of record will pay $50.00 to David M. Siegel & Associates, LLC for** ~~341 meeting coverage~~ _COURT HEARING COVERAGE ON 9/6/19._

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for one specific aspect of the bankruptcy case, specifically:

   a. Representation of the debtor at the meeting of creditors.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Legal service is strictly limited to appearance at the Debtor's 341 meeting of creditors.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date _9/6/19_

X _/s/ Alexander Preber_  
_ALEXANDER PREBER_  
Printed Name of Associate

**David M. Siegel & Associates, LLC**  
**790 Chaddick Drive**  
**Wheeling, IL 60090**  
**(847) 520-8100**  
_Name of law firm_